UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYVILAY MONETHICHACK, | Case No. C20-1407-RSM-BAT |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| BRYAN S. WILCOX, et al., | |
| Respondents. | |

This matter comes before the Court on the Joint Stipulation and Proposed Order of Dismissal filed by Plaintiff and signed by the parties.  Dkt. #3.

Having reviewed that stipulation, the Court finds and ORDERS that Plaintiff's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DISMISSED with prejudice and without fees or costs to either party.

DATED this 26th day of October, 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


ORDER OF DISMISSAL - 1